UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:14-cv-60049-WJZ

RICHARD BRIAN AKERS, individually,

    Plaintiff,

v.

PROGRESSIVE FINANCIAL SERVICES, INC.,
a foreign corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff RICHARD BRIAN AKERS and Defendant hereby give notice that settlement of this matter has been reached as to all claims of the Plaintiff, and therefore request that the Court vacate all dates currently set on calendar in connection with Plaintiff's claim, and afford the parties thirty (30) days to file necessary dismissal papers.

Respectfully submitted this 24th day of April, 2014.

    BRET L. LUSSKIN, Esq.
    *Attorney for Plaintiff*
    20803 Biscayne Blvd., Ste. 302
    Aventura, Florida 33180
    Telephone: (954) 454-5841
    Facsimile: (954) 454-5844
    blusskin@lusskinlaw.com

    By: /s/ Bret L. Lusskin, Esq.
        Bret L. Lusskin, Esq.
        Florida Bar No. 280690

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of April, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing

document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

        BRET L. LUSSKIN, Esq.
        *Attorney for Plaintiff*
        20803 Biscayne Blvd., Ste. 302
        Aventura, Florida 33180
        Telephone: (954) 454-5841
        Facsimile: (954) 454-5844
        blusskin@lusskinlaw.com

By: /s/ Bret L. Lusskin, Esq.
     Bret L. Lusskin, Esq.
     Florida Bar No. 28069